■ DONNA AVACATO, as Administratrix of the Estate of Rosalie Avacato, Deceased, Respondent, v MOUNT SINAI MEDICAL CENTER et al., Appellants, et al., Defendants. [715 NYS2d 146] —Order, Supreme Court, Bronx County (Gerald Esposito, J.), entered May 17, 2000, which, in an action to recover for alleged medical malpractice, denied defendants-appellants' motion for summary judgment, unanimously affirmed, without costs.

The affidavit of plaintiff's expert, in conjunction with the relevant hospital records, was sufficient to raise triable issues as

to whether defendants had, in fact, properly and timely diagnosed and treated the decedent's condition in accordance with the accepted standard of medical care (*compare*, *Alvarez v Prospect Hosp.*, 68 NY2d 320). Concur—Sullivan, P. J., Rosenberger, Williams, Ellerin and Buckley, JJ.